Case 5:25-mj-00677-RBF   Document 1   Filed 04/29/25   Page 1 of 2

FILED
April 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____vp_____
                  DEPUTY

**SEALED**

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | SA-25-MJ-677 |
| V. ) | |
| ) | |
| MARIO GARCIA MARTINEZ ) | |
| ) | |

### MOTION TO SEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, AND ARREST WARRANT

TO THE HONORABLE COURT:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this its Motion to Seal Criminal Complaint, Supporting Affidavit, and Arrest Warrant, and in support would show this Honorable Court:

I.

The disclosure of the above described Criminal Complaint, Supporting Affidavit, and Arrest Warrant prior to its service could seriously jeopardize the investigation, subject the agents to physical danger, and present the potential for destruction of evidence. The Government would request that the Clerk of the Court be ordered to seal these materials, except for two copies to be issued to the Affiant.

WHEREFORE, premises considered, the Government respectfully requests that the Clerk of the Court be ordered to seal the Criminal Complaint, Supporting Affidavit, and Arrest Warrant, and this Motion, until further ordered by the Court, except for two copies to be issued to the Affiant.

        Respectfully submitted,

        MARGARET F. LEACHMAN
        Acting United States Attorney

By:      /S/_____
        TRACY THOMPSON
        Assistant United States Attorney
        601 N.W. Loop 410, Suite 600
        San Antonio, TX   78216
        Ph: 210-384-7150
        Fax: 210-384-7118