AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
April 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __vp__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARIO GARCIA MARTINEZ | ) | Case No. SA-25-MJ-677 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 2019 - March 28, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |
| | Penalties: 20 Years Imprisonment, Lifetime Supervised Release, Up to $250,000 Fine, $100 Special Assessment, $5,000 JVTA, Up to $17,000 AVAA, Restitution, Forfeiture, and Registration as a Sex Offender |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

JAMES THOMPSON
*Digitally signed by JAMES THOMPSON*
*Date: 2025.04.29 09:33:01 -05'00'*

*Complainant's signature*

James Thompson, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: April 29, 2025

*Judge's signature*

City and state: San Antonio, Texas   RICHARD B. FARRER, US MAGISTRATE JUDGE
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Thompson, being duly sworn, depose and state that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since November 2003. I am currently assigned to the San Antonio Division of the FBI. I am assigned to the Violent Crimes Against Children Section and, as such, I investigate crimes against children, including the trafficking and possession of child pornography and the sexual exploitation of children. I have received particularized training in the investigation of computer-related crimes, social networking, and online (i.e. Internet-based) crimes against children.

2. This affidavit is being submitted in support of an Application for a Criminal Complaint for MARIO GARCIA MARTINEZ (Martinez) date of birth XX/XX/1968, Social Security Account Number (SSAN) XXX-XX-XXXX.

3. On February 27, 2020, a Federal Probation Officer for the Western District of Texas contacted the San Antonio Division of the FBI and requested investigative assistance on a matter pertaining to an individual named Mario Martinez, date of birth XX/XX/1968. The probation officer advised the FBI that Martinez was on federal probation for an issue related to failure to pay child support in a state other than Texas. As part of her normal duties, the probation officer conducted a conversation with Martinez's long-term girlfriend on February 27, 2020. During this conversation, Martinez's girlfriend advised the probation officer that she recently reviewed a cellular telephone and a universal serial bus (USB) device belonging to Martinez and had discovered images of child pornography on the devices.

4. Martinez' ex-girlfriend turned this device over to the FBI and a federal search warrant was obtained on March 5, 2020. The FBI seized and forensically examined the USB device, which was a SanDisk 4GB USB drive, serial number BH130723767B and discovered 298 files consistent with child sexual abuse material (CSAM).

5. On 03/28/2023, Martinez was interviewed by the FBI and admitted the CSAM found on the USB device was downloaded and saved by him during periods where he abused methamphetamines. Martinez provided consent to search his phone, a Galaxy A52 5G.

6. On 03/30/2023, Martinez consented to a polygraph exam at the San Antonio FBI office. During this exam, Martinez provided a written statement where he admitted searching for and downloading CSAM on his phones. Martinez admitted he had a sexual interest in females between the ages of 12 and 14 and would search for and view CSAM every other week.

7. A forensic review of the USB device was conducted. Files consistent with CSAM were present on the USB device. Three of these files are described as follows:

> 285.jpg – This is an image file of a nude prepubescent minor female lying on her back with her legs elevated in the air. The child is depicted using her fingers to spread her genital area, which is the focus of the image. This image is located on the USB device at [root]\CROW2\285.jpg and has a created date of 2020-Jan-05 05:05:48.

> 562129f54d85c11f0630874e4186490d.jpg – This is an image file that depicts a nude prepubescent minor female on her hands and knees. An adult male is depicted as engaged in sexual penetration of the child from behind. This file is located on the USB device at [root]\CROW2\562129f54d85c11f0630874e4186490d.jpg and has a created date of 2019-Dec-20 07:59:00.

> 1576159232905.jpg – This is an image file that depicts a nude prepubescent female child lying on her back with her legs spread. An adult male is depicted holding his erect penis above the child's genital area. This file is located on the USB device at [root]\CROW2\New folder (2)\crow4\1576159232905.jpg and has a created date of 2020-Jan-12 09:38:42.

8. A forensic review of Galaxy A52 5G phone, serial R5CRA0E5CTV was completed and files consistent with CSAM were present on a cellular phone. Two of these files are described as follows:

> 010xnude.jpg – This is an image file that depicts a nude prepubescent female child lying on her back with her legs spread. The focus of the image is the child's genital area. This file is located on the phone at data/data/com.google.android.apps.photos/files/mars_files/010xnude.jpg. This file has a modified date of 3/20/2022 3:39:03 PM(UTC+0).

523.jpg – This is an image file that depicts a nude prepubescent female child lying on her back with her legs spread. The focus of the image is the child's genital area. This file is located at /data/data/com.sec.android.app.myfiles/cache/523.jpg. This file has a modified date of 6/19/2022 10:17:29 PM(UTC+0).

9. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that between December 2019 and March 28, 2023, within the Western District of Texas, Mario Martinez did knowingly possess materials that contain an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that has been produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code Section 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT,

JAMES THOMPSON
Digitally signed by JAMES THOMPSON
Date: 2025.04.29 09:34:58 -05'00'

Special Agent James Thompson, FBI
San Antonio, Texas

Sworn to telephonically and signed electronically on April __29th__, 2025.

THE HONORABLE RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE